The United States of America

Massachusetts, SS                                    Federal District Court of Boston

                                                     04 - 11930 GAO

Virtual INC, Plaintiff
401 Edgewater Place #500
Wakefield MA 01880

V.                          MAGISTRATE JUDGE

Amir Elahi, Individually and agent for
FIELD CERTIFIED PROFESSIONAL ASSOCIATION, Defendant
C/O Computer Analytics
130 Fenwick Lane STE 100
Silver Springs MD 20910

V.

James Aflaki, President
COMPUTER ANALYTICS INC, Defendant
130 Fenwick Lane STE 100
Silver Springs MD 20910

## COMPLAINT
## FACTS

1. The plaintiff, VIRTUAL INC is a corporation doing business in Wakefield, MASSACHUSETTS as a provider of promotional services.

2. FIELD CERTIFIED PROFESSIONAL ASSOCIATION is a trade organization created by COMPUTER ANALYTICS, INC dedicated to the accreditation, development, promotion, and implementation of hands-on performance based testing services for Information Technology organizations. The entity is located at the address and offices of COMPUTER ANALYTICS INC.

3. COMPUTER ANALYTICS INC is a Maryland corporation doing business as 130 Fenwick Lane, Silver Springs, MD, who is the sponsor of Field Certified Professional Association and in the business of Computer Training Service.

4. The plaintiff has obtained a judgment against FIELD CERTIFIED PROFESSIONAL ASSOCIATION, Civil docket MICV 2002-01182, of $46,944.91. The judgment remains unsatisfied. EXHIBIT A

5. Plaintiff and its representatives have made demand upon the defendants who have declined,

neglected or refused to pay the amount of Judgment.

6. The balance due on account as attached Exhibit A is in the amount of $40,819.54.

7. On numerous occasions, the defendants and its representatives, Amir Elahi, misrepresented to VIRTUAL INC his position with COMPUTER ANALYTICS INC. On numerous occasions, the said Amir Elahi told plaintiff's employees that he was the President of COMPUTER ANALYTICS INC. His actual position is that of Director of Education, and he is not an officer of COMPUTER ANALYTICS INC. He further advised the plaintiff that FIELD CERTIFIED PROFESSIONAL ASSOCIATION was a non-profit corporation. A search of secretary of state records of Massachusetts, Maryland and Delaware reveals no-such corporate entity.

8. The plaintiff based upon representatives of the said defendants, provided services on account for which they have not been paid.

## COUNT I
## COMPLAINT ON AN ACCOUNT

Defendants, Amir Elahi, FIELD CERTIFIED PROFESSIONAL ASSOCIATION, COMPUTER ANALYTICS INC, owes plaintiff VIRTUAL INC $40,819.54 dollars according to the account hereto annexed as Exhibit A B.

Wherefore the plaintiff demands judgment against defendants, AMIR ELAHI, FIELD CERTIFIED PROFESSIONAL ASSOCIATION, and COMPUTER ANALYTICS INC, for the sum of $40,819.54 dollars, interest and costs.

## COUNT II
## FRAUD

Defendants, AMIR ELAHI, FIELD CERTIFIED PROFESSIONAL ASSOCIATION, and COMPUTER ANALYTICS INC, misrepresented to the plaintiff their legal status, the said Amir Elahi stating that he was president of COMPUTER ANALYTICS INC, and that FIELD CERTIFIED PROFESSIONAL ASSOCIATION, was in fact a non-profit corporation when it was not; that the defendant's further all conducted their business from the address of COMPUTER ANALYTICS INC at a MARYLAND address with the intent to cause the plaintiff to perform work for it, and that the defendants had no intention of paying the plaintiff for its services rendered and or costs disbursed on behalf of the defendant.

Wherefore, the plaintiff's allege that this fraudulent conduct was an unfair and deceptive business practice, violating MGL C. 93A for which the plaintiff is entitled to an award of treble damages and attorney's fees.

## COUNT III
### BILL TO REACH AND APPLY MIDDLESEX SUPERIOR COURT JUDGMENT AGAINST AMIR ELAHI, Individually and COMPUTER ANALYTICS, INC.

Whereas the plaintiff has obtained a judgment against FIELD CERTIFIED PROFESSIONAL ASSOCIATION, and whereas said entity as not a legal entity organized under the laws of Massachusetts or Delaware or Maryland, and whereas AMIR ELAHI is an employee of COMPUTER ANALYTICS INC, and whereas COMPUTER ANALYTICS INC is a sponsor of FIELD CERTIFIED PROFESSIONAL ASSOCIATION, and all of the defendants conducted their businesses from the same address in Maryland.

Wherefore, plaintiff moves for entry of Judgment against the defendants AMIR ELAHI and COMPUTER ANALYTICS INC in the amount of its judgment plus interest, costs and treble damages and attorney's fees permitted by M.G.L. C 93A.

PLAINTIFF DEMANDS A JURY TRIAL.

Virtual, INC.
By Its Attorney

Eugene W. Downing, Jr
363 Massachusetts Avenue
Lexington MA 02420
1-781-863-2400
BBO 133160

8/20/2004

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

**EXECUTION**



PLAINTIFF'S EXHIBIT A

CIVIL DOCKET# **MICV2002-01182**

**Virtual, Inc. v Field Certified Professional Association**

To the Sheriffs of our Several Counties or their Deputies, GREETING:

WHEREAS **Virtual, Inc., of Wakefield, in the County of Middlesex, in the Commonwealth of Massachusetts,** by the consideration of our Justices of our Superior Court at Middlesex, aforesaid, on the Twenty Fourth Day of March, 2003 AD, recovered Judgment against **Field Certified Professional Association, a Delaware corporation, with a regular place of business at 8241 Georgia Avenue, Suite 100, in Silver Spring, in the State of Maryland,**

| | |
|---|---:|
| DAMAGES: | $46,186.82 |
| COSTS: | $208.96 |
| POST JUD/INT: | $549.13 |
| TOTAL: | $46,944.91 |

for the sum of **Forty Six Thousand One Hundred Eighty Six Dollars and Eighty Two Cents** damages including interest, and **Two Hundred Eight Dollars and Ninety Six Cents** costs of suit, as to us appears of record, where execution remains to be done:

**We command you** therefore, that of the goods, chattels or land of the said judgment debtor within your precinct, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, with interest thereon in the sum of **Five Hundred Forty Nine Dollars and Thirteen Cents** from day of the rendition of said Judgment to date of execution the aforesaid sums, being **$46,944.91** in the whole, and thereof also to satisfy yourself for your own fees.

Hereof fail not, and make return of this writ with your doing thereon into the Clerk's office of said Court at Cambridge, within our County of Middlesex, and to make return of this writ within twenty years after the date of the said judgment, or within ten days after this writ has been satisfied or discharged.

**Witness, Suzanne V. DelVecchio,** Esquire, Chief Justice of the Superior Court, at Cambridge, Massachusetts this 29th day of April, 2003.

*[signature]*
Deputy Assistant Clerk

**RETURN TO:**
Jane T Woodworth, Esquire
48 Winthrop Street
3rd floor
Framingham, MA 01702

Attn: Bruce Rodgers
Virtual, Inc.
401 Edgewater Place #500
Wakefield, MA 01880

PLAINTIFF'S EXHIBIT B



Invoice submitted to:
Amir Elahi
Computer Analytics
8241 Georgia Avenue
Suite 100
Silver Spring MD 20910

Virtual, Inc
401 Edgewater Place
Suite 500
Wakefield MA 01880

tel|781|246|0500
fax|781|224|1239

www.virtualmgmt.com

September 12, 2001
In Reference To:   Management services for June, July, August, September 2001.

Invoice #10555

Professional Services

| | Amount |
|---|---|
| Global planning/administration/public relations | $ 5,450.00 |
| Membership recruitment and communications | 12,000.00 |
| Website | 15,000.00 |
| For professional services rendered | $32,450.00 |

Additional Charges:

| | Amount |
|---|---|
| Color Copies | 8.00 |
| Conference Call | 291.53 |
| In-house copy | 1.70 |
| Postage | 0.34 |
| Telephone | 567.97 |
| Website | 7,500.00 |
| Total costs | $8,369.54 |
| Total amount of this bill | $40,819.54 |

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

VIRTUAL, INC

FILED
[CLERKS] OFFICE

2004 SEP -2 P 1:27

U.S. DISTRICT COURT

## DEFENDANTS

AMIR ELAHI
FIELD CERTIFIED PROFESSIONAL ASSOCIATION
COMPUTER ANALYTICS, INC

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Middlesex, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

04-11930 GAO

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eugene W. Downing, Jr.
363 Massachusetts Avenue STE 204
Lexington MA 02420
1-781-863-2400

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Civil Action to recover on a judgment from state court to and reach and obtain judgment against successor entity.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 138,560.46

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE 8/30/2004

SIGNATURE OF ATTORNEY OF RECORD  Eugene W. Downing, Jr., Attorney

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) VIRTUAL, INC.
   V. AMIR ELAHI et al

   FILED
   2004 SEP -2 P 1:27
   U.S. DISTRICT COURT
   DISTRICT OF MASS

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 8(a)).

   ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550,
            625, 710, 720, 730, 740, 790, 791, 820, 830,
            840, 850, 890, 892-894, 895, 950.

   190 III. 110, 120, 130, 140, 151, 190, 210, 230,
            240, 245, 290, 310, 315, 320, 330, 340,
            345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610,
            620, 630, 640, 650, 660, 690, 810, 861-865,
            870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 8(e)).
   None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? NO
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
   N/A

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? NO

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - SEE LOCAL RULE 8(c). YES  NO
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - SEE LOCAL RULE 8(d). YES  NO

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES  NO
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? EASTERN

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION NO  OR WESTERN SECTION NO

(PLEASE TYPE OR PRINT) Eugene W. Downing, Jr.
ATTORNEY'S NAME
ADDRESS  363 Massachusetts Avenue STE 204 Lexington MA 02420
TELEPHONE NO.  1-781-863-2400

BBO : 133160

(COVER.SHT-09/89)