AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _MASSACHUSETTS_____

APPEARANCE

CASE NUMBER: 04-11930 GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

        VIRTUAL, INC.

8/30/2004
_Date_

_Signature_

Eugene W. Downing, Jr.
_Print Name_

363 Massachusetts Avenue STE 204
_Address_

Lexington MA 02420
_City_     _State_     _Zip Code_

1-781-863-2400
_Phone Number_

BBO 133160