AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts _____

Virtual INC

**SUMMONS IN A CIVIL ACTION**

V.

James Aflaki, President
COMPUTER ANALYSIS INC

CASE NUMBER: 04- CV 11930 GAO

TO: (Name and address of Defendant)

> James Aflaki, President
> COMPUTER ANALYTICS INC
> 130 Fenwick Lane   STE 100
> Silver Springs MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Eugene W. Downing, Jr.
> 363 Mass Ave STE 204
> Lexington MA 02420

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

SEP 03 2004

CLERK                                                   DATE

(By) DEPUTY CLERK