AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

VIRTUAL INC

V.

Amir Elahi, Individually
and as agent for
 FIELD CERTIFIED PROFESSIONAL
 ASSOCIATION, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 11930 GAO

TO: (Name and address of Defendant)

Amir Elahi C/O COMPUTER ANALYTICS
130 Fenwick Lane STE 100
Silver Springs MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene W. Downing, Jr.
363 Mass Ave STE 204
Lexington MA 02420

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                SEP 03 2004

CLERK

(By) DEPUTY CLERK