United States of America

Massachusetts, ss.                                           District Court-Boston
                                                             04 CV 11930 GAO

VIRTUAL, INC., Plaintiff

V.

Amir Elahi, Individually and as agent for
FIELD CERTIFIED PROFESSIONAL ASSOCIATION, Defendant

V.

COMPUTER ANALYTICS, INC., Defendant

PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT JUDGMENT

     Now comes the plaintiff, VIRTUAL, INC., by its attorney and states that a complaint in the above matter was filed on September 3, 2004, summons was served on September 7, 2004 in accordance with Rule 4 (e) of the Rules of Civil Procedure and M.G.L.C. 233 A section 6-7, the so called long armed statue by first class mail and by Certified mail, return receipt requested to the address of the defendant in Maryland. The first class letters were not returned, the certified mail were returned by the post office unclaimed. No answer or affirmative pleading has been filed by the defendants in this matter.
     Wherefore, the plaintiff moves for entry of default judgment against the defendants Amir Elahi, Individually and as agent for FIELD CERTIFIED PROFESSIONALS ASSOCIATION and COMPUTER ANALYTICS, INC.

VIRTUAL, INC.
by its attorney

*[signature]*
Eugene W. Downing, Jr.
363 Massachusetts Ave
Lexington, Ma 02420
781-863-2400
DATE: October 21, 2004
virtualrequesdefaut.doc

Certificate of Service

I, Eugene W. Downing, Jr., certify that a copy of the foregoing Request for Default has been mailed, postage pre-paid to James Aflaki, President of COMPUTER ANALYTICS, INC. @ 1320 Fenwick Lane STE 100, Silver Springs, MD 20910 and to:

Amir Elahi
c/o COMPUTER ANALYTICS, INC.
1320 Fenwick Lane, STE 100
Silver Springs, MD 20910

VIRTUAL, INC.
by its Attorney

_____
Eugene W. Downing, Jr.
363 Massachusetts Ave, #204
Lexington, Ma 02420
781-863-2400
DATE: 10/21/04