# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 VIRTUAL, INC _____
                    Plaintiff(s)

                    v.                           CIVIL ACTION NO.  04-11930-GAO___

 ELAHI, ET AL _____
                    Defendant(s)

## JUDGMENT IN A CIVIL CASE

 O'TOOLE_____, D.J.


☐     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
       and the jury has rendered its verdict.

X     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
       been tried or heard and a decision has been rendered.

       **IT IS  ORDERED AND ADJUDGED**

       **Pursuant to the status conference held on 12/5/05, Plaintiff had an additional 60 days to
effect service.  If not, the action would be dismissed.  At this present time, nothing has been filed
with the court to show service was made.  Therefore, this action is DISMISSED.**


                                        SARAH A. THORNTON,
                                        CLERK OF COURT

Dated: 2/8/06_____        By  Paul Lyness_____
                                        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)